**Q INTEGRATED COMPANIES, LLC, Plaintiff–Appellant**

v.

**UNITED STATES, Defendant–Appellee**

**Sage Acquisitions, LLC, Intervenor–Appellee**

2016–1991

United States Court of Appeals, Federal Circuit.

Filed: 06/02/2016

James Fontana, Jeffry Cook, Attorney, David Barnes Dempsey, Esq., Dempsey Fontana, Tysons, VA, for Plaintiff–Appellant.

Heidi L. Osterhout, Trial Attorney, Department of Justice, Commercial Litigation Branch, Civil Division, Washington, DC, for Defendant–Appellee United States.

Richard William Oehler, Attorney, Perkins Coie, LLP, Seattle, WA, Andrew Victor, Perkins Coie, LLP, Washington, DC, for Intervenor–Appellee Sage Acquisitions, LLC.

ON MOTION

ORDER

Upon consideration of Q Integrated Companies, LLC's unopposed motion to withdraw its appeal,

It Is Ordered That:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.